# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| PATRICK M. GUENTANGUE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-9 |
| | * | |
| v. | * | |
| | * | |
| MAJOR F. RIVAS, et al., in their individual and official capacities, | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 13.  No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's official capacity claims against all Defendants and his claims against Defendants GEO Group, Inc. and Bureau of Immigration and Customs Enforcement.  Plaintiff's retaliation, access to courts, and procedural due process claims remain pending.  Dkt. No. 14.

AO 72A
(Rev. 8/82)

In addition, upon information and belief, Plaintiff is no longer housed at the Stewart Detention Center.  R. & R., Guentangue v. Gartland, 5:20-cv-8 (S.D. Ga. Dec. 28, 2020), ECF No. 28.  The Court **ORDERS** Plaintiff to update the Court of any change in his address within 14 days of this Order.  Plaintiff's failure to do so will result in the dismissal of this action based on Plaintiff's failure to follow a Court Order.

**SO ORDERED**, this 4th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)